STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    FAX: (415) 436-7027
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-00362 JD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE: SENTENCING FROM MARCH 17, 2021, TO JUNE 16, 2021 |
| v. | |
| CRAIG FOSSELLA, | |
| Defendant. | |

    The United States, through undersigned counsel, and Defendant Craig Fossella, through undersigned counsel, respectfully move this Court to continue the status hearing on sentencing currently set for March 17, 2021, approximately 90 days to June 16, 2021.

    By way of background, on September 24, 2020, the United States charged Defendant Fossella with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. Dkt. 1. On October 28, 2020, the Court ordered that the case be related to *United States v. Geoffrey Palermo*, 20-cr-190 JD. Dkt. 9. On November 24, 2020, Defendant Fossella pled guilty to the charge in this case pursuant to a plea agreement and the Court set a status hearing regarding sentencing for March 17, 2021. Dkt. 14.

    Defendant Fossella is a witness in the related *United States v. Palermo* case. Accordingly, Defendant Fossella's sentencing will not proceed until after the *Palermo* case resolves via change of

plea or trial.  The *Palermo* case has not yet resolved, nor has it been set for trial.  Accordingly, there is no need for a status hearing regarding sentencing at this time and the parties request that the status hearing on sentencing for Defendant Fossella be continued approximately 90 days to June 16, 2021.

There is no need to exclude time under the Speedy Trial Act, as Defendant Fossella has already pled guilty.

DATED: March 15, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

DATED: March 15, 2021

_____/s/_____
HARTLY M.K. WEST
JEAN RIPLEY
Counsel for Defendant Fossella

# **ORDER**

On the stipulation of the parties, and good cause appearing, the Court HEREBY ORDERS that the status hearing regarding sentencing in the above-captioned matter be continued to June 16, 2021, at 10:30 a.m.

IT IS SO ORDERED.

DATED: March 15-2021

_____
HONORABLE JAMES DONATO
United States District Judge