HARTLEY M.K. WEST (SBN 191609)
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, California 94104-4446
Telephone: (415) 262-4500
Facsimile: (415) 262-4555
Hartley.West@dechert.com

Attorney for Defendant
CRAIG FOSSELLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CRAIG FOSSELLA<br><br>  Defendant. | Case No. 3:20-cr-00362-JD<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |

On October 16, 2020, this Court placed Craig Fossella on pretrial release in the above-captioned matter.  A condition of his release limits his travel to the Northern District of California, Eastern and Southern Districts of New York, and District of New Jersey.  With the same conditions of release following his November 24, 2020 guilty plea, Mr. Fossella now seeks permission to travel to Ft. Meyers and Miami, Florida, located in the Middle and Southern Districts of Florida, to visit with his mother from May 20-23, 2022.  Assistant United States Attorney Noah Stern has no objection to this proposed modification, and Mr. Fossella's supervision by the Pretrial Services Office was terminated on November 12, 2020.

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER
MODIFYING CONDITIONS OF RELEASE
3:20-cr-00362-JD

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SO STIPULATED.

Dated: May 2, 2022

STEPHANIE HINDS
UNITED STATES ATTORNEY

By: _____/s/_____
NOAH STERN
Assistant United States Attorney

Dated: May 2, 2022

DECHERT LLP

By: _____/s/_____
HARTLEY M.K. WEST
Attorney for Defendant Craig Fossella

## [PROPOSED] ORDER

**GOOD CAUSE BEING SHOWN**, Mr. Fossella's conditions of pretrial release shall be modified to allow him to travel to Ft. Meyers and Miami, Florida from May 20-23, 2022. All other conditions of Mr. Fossella's pretrial release shall remain in full force and effect.

**IT IS SO ORDERED**.

Date: May 9, 2022

_____
HON. JAMES DONATO
United States District Judge

Dechert LLP
Attorneys at Law
San Francisco

STIPULATION AND [PROPOSED] ORDER
MODIFYING CONDITIONS OF RELEASE    - 2 -
3:20-cr-00362-JD